CASE NO: 5:12-MJ-1872

FILED
OCT 17 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
MILLER, AMANDA D. )
)

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about May 12, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, MILLER, AMANDA D., did take, with intent to steal and purloin, property belonging to the United States Government, of a value less than $1,000.00, to wit: (1) pair black "Cole Haan" sunglasses, in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: /s/ David A. Coleman
DAVID A. COLEMAN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222