UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-mj-01872-JG-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| Amanda D. Miller | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, gives notice to this Honorable Court of the undersigned Special Assistant United States Attorney as counsel for the Government in the above-referenced action.

Furthermore, by filing this Notice of appearance, the undersigned certifies that copies of said Notice have been served upon:

ATTORNEY FOR DEFENDANT

Respectfully submitted, this 27th day of November, 2013.

                                         THOMAS G. WALKER
                                         United States Attorney

                                         /s/ Robert W. Taylor
                                         ROBERT W. TAYLOR
                                         Special Assistant U.S. Attorney
                                         OSJA, XVIII Airborne Corps
                                         2175 Reilly Road, Stop A
                                         Fort Bragg, NC 28310-5000
                                         robert.w.taylor3@us.army.mil
                                         Telephone: 910-396-1222
                                         Fax: 910-396-8153
                                         Virginia Bar No. 82715